IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

AKECHETA MORNINGSTAR, PH.D.            PLAINTIFF

V.            NO: 3:22CV005-MPM-JMV

AMERICAN INTERNATIONAL GROUP            DEFENDANT

### JUDGMENT

For the reasons given in the court's order entered this date, it is hereby ordered and adjudged that this case is dismissed.

So ordered, this, the 30th day of June, 2022.

           /s/Michael P. Mills
           UNITED STATES DISTRICT JUDGE
           NORTHERN DISTRICT OF MISSISSIPPI